UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                              :
REINA A CAMACHO,                                              :
                                                              :                    **ORDER**
                              Plaintiff,                      :          25-CV-7534 (GHW) (KHP)
                                                              :
              -against-                                       :
                                                              :
FRANK BISIGNANO, Commissioner of                             :
the Social Security Administration,                          :
                                                              :
                              Defendant.                      :
                                                              :
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

This case has been referred to me for a report and recommendation.  The parties shall

meet and confer to discuss whether they jointly consent to decision of this action by a United

States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c).  If the parties

jointly consent, they shall complete the consent form available on the Court's website at

https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to

the Clerk of the Court.

If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no

later than **February 9, 2026**, representing that the parties met and conferred but that they do

not jointly consent.  The letter should not indicate any particular party's consent or non-

consent.

This Order is not meant to interfere in any way with the parties' absolute right to

decision by a United States District Judge, but is merely an attempt at preserving scarce judicial

resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will

be no adverse consequences if the parties withhold their consent, but granting consent may

result in a faster and more efficient resolution of this case.

   **SO ORDERED.**

Dated: January 9, 2026
       New York, NY

_____

KATHARINE H. PARKER
United States Magistrate Judge