**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
  REINA A CAMACHO,

                               Plaintiff,                    25 **CIVIL** 7534 (GHW)(KHP)

        -v-                                                        **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                               Defendant.
-----------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated April 21, 2026, that this action be, and hereby

is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of

42 U.S.C. § 405(g), for further administrative proceedings. Judgment is entered in favor of

Plaintiff on all counts; accordingly, the case is closed.

**Dated:**  New York, New York

        April 22, 2026


                                                    **TAMMI M. HELLWIG**
                                            _____
                                                       **Clerk of Court**


                                    **BY:**           K. mango
                                            _____
                                                       **Deputy Clerk**